E-FILED 11-25-09
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Veronica Lopez, et al.** | **CASE NO. CV 09-4615-GHK (PLAx)** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **ReconTrust Co. N.A., et al.** | |
| Defendants. | |

Based on our November 25, 2009 Order granting Defendants DHI Mortgage Company ("DHI"), ReconTrust Co., N.A. ("ReconTrust"), Countrywide Home Loans, Inc. ("Countrywide"), and Bank of America, N.A.'s ("BofA") Motions to Dismiss against Plaintiffs Veronica Lopez and Neofito Lopez (collectively, "Plaintiffs"), **IT IS HEREBY ADJUDGED** that Plaintiffs' claims under the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.*, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.*, and the Home Ownership and Equity Protection Act, 15 U.S.C. § 1639, are **DISMISSED WITH PREJUDICE**. To the extent

1  the Notice of Pendency of Action is grounded on these federal claims, it **SHALL be**
2  **EXPUNGED**.  Plaintiffs' remaining state law claims are **DISMISSED WITHOUT**
3  **PREJUDICE** to their refiling in state court.
4
5       **IT IS SO ORDERED**.
6
7  DATED: November 25, 2009
8                                              _____
9                                                    GEORGE H. KING
                                               United States District Judge

2